IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BROOKS TERRELL | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv414 |
| M. PARKS, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Brooks Terrell, an inmate formerly confined at the United States Penitentiary located in Beaumont, Texas, proceeding *pro se*, brought this civil rights action.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action without prejudice for want of prosecution.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the Report and Recommendation was mailed to Plaintiff at the address provided to the Court. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED. A separate Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations. The dismissal of this action is without prejudice to plaintiff's ability to reinstate the above-styled

action on the court's active docket by paying the initial partial filing fee, as ordered, or submitting evidence of his inability to pay within sixty days from the date set forth below.

**SIGNED this 5th day of December, 2025.**

*[signature: Michael J. Truncale]*

Michael J. Truncale
United States District Judge